UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 19, 2017

MEMO TO COUNSEL RE: Iris Pineda Leiva, et al. v. GBC Towson East
Civil No. JFM-16-3765

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiffs' motion for conditional certification and issuance of notice under the Fair Labor Standards Act. The motion (document 31) is granted. I am satisfied that there is a reasonable basis to believe that there are similarly-situated employees to plaintiffs and that the measures proposed by plaintiff for notice are appropriate.

A conference call will be held on __July 11, 2017__ at __5:00__ p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge