UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IRIS PINEDA LEIVA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GBC TOWSON EAST d/b/a GINO'S BURGERS AND CHICKEN, INC., *et al.*,<br><br>Defendants. | Case No. 1:16-CV-03765 |

## ORDER

After reviewing Plaintiffs' Motion for Conditional Certification, Defendants' opposition, and the Reply thereto, it is this ___ day of _____, 2017 hereby ORDERED that:

a. A class of people meeting the following definition is conditionally certified under 29 U.S.C. § 216(b): All Latino individuals employed by Defendants at any time during the period beginning November 21, 2013 to the present who should have been paid the federal minimum wage and/or overtime wages for hours worked over forty in a week, but did not receive such wages.

b. The Notice and Opt-In Forms attached to Plaintiffs' Motion as Exhibits 7 and 8 are hereby APPROVED to be issued to the above-identified class of potential plaintiffs;

c. Plaintiffs shall be authorized to disseminate notice by mail, email, telephone call, text message, posting, and Spanish language radio;

d. Within one week of the docketing of this Order, Defendants shall provide Plaintiffs' counsel a computer-readable database of names, last known addresses, home and mobile phone number(s), e-mail addresses, and the dates of employment for all current and former hourly employees who have worked at one or more of their restaurants since November 21, 2013;

e. Defendants shall post the Notice of Collective Action, in both English and Spanish, to post the Notice in English and Spanish in a manner and location clearly readable by potential class members at all of its locations;

It is so Ordered.

Dated:

_____
The Hon. J. Frederick Motz,
U.S. District Court, District of Maryland